BENJAMIN KAAA DAWSON, JR., and WALTER LOUIS JOAO, Petitioners, *v.* THE HONORABLE JOHN C. LANHAM, as JUDGE OF THE FIRST CIRCUIT COURT OF THE STATE OF HAWAII, and CAPTAIN DORR BARRETT, as SUPERINTENDENT OF HALAWA JAIL, Respondents

No. 5191

September 13, 1971

RICHARDSON, C.J., ABE, LEVINSON, KOBAYASHI, JJ., AND CIRCUIT JUDGE LUM IN PLACE OF MARUMOTO, J., ABSENT FROM STATE

*Per Curiam.* The petition for rehearing is denied without argument.

Abe, J., having dissented from the majority in the original opinion, does not concur.

*David C. Schutter,* Attorney for Petitioner Dawson, for the petition.